JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOYD, dba BLACKS EDITION, | Case No. CV 13-2983 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NATIONSTAR MORTGAGE, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice, IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 8th day of July, 2013.

/s/
Fernando M. Olguin
United States District Judge